Elizabeth G. Borland (adm. *pro hac vice*)
Richard D. Rivera (adm. *pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, #1000
Atlanta, GA 30309
Tel. 404-815-3645
eborland@sgrlaw.com
rrivera@sgrlaw.com

Gregg A. Rapoport (SBN 136941)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Ste. 1700
Los Angeles, CA 90071-2901
Tel. 213-358-7220
grapoport@sgrlaw.com

Attorneys for Defendant and Counterclaimant
FACTORY DIRECT WHOLESALE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAl (TONY) FU,<br><br>Plaintiffs,<br><br>vs.<br><br>FACTORY DIRECT WHOLESALE, LLC,<br><br>Defendant.<br><br>FACTORY DIRECT WHOLESALE, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAl (TONY) FU,<br><br>Counterdefendants. | Case No.: 3:21-cv-09545-RS<br>*Hon. Richard Seeborg*<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Case Mgmt Conf. Date:   April 21, 2022<br>Time:                               10:00 a.m.<br>Courtroom:                       3 |

1
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  WHEREAS, the Complaint in the above-captioned matter was filed on December 9, 2021 by Plaintiffs SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. ("Big Mouth") and DECAl (TONY) FU (together, "Plaintiffs") against Defendant FACTORY DIRECT WHOLESALE, LLC ("Defendant");

WHEREAS, Defendant filed its Answer and Counterclaims, as well as a Motion to Dismiss Count II of the Complaint as to Big Mouth, on February 2, 2022;

WHEREAS, Plaintiffs filed their Answer to Counterclaims, as well as a Motion to Strike Defendant's Affirmative Defenses, on February 23, 2022;

WHEREAS, the hearings on the foregoing two motions is set for April 7, 2022;

WHEREAS, the Case Management Conference in this action is set for April 21, 2022;

WHEREAS, the parties agree that because certain pleadings may be dismissed or amended following the hearing on April 7, 2022, the Case Management Conference should be continued by at least thirty (30) days;

/ / /

/ / /

/ / /

2

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned parties, through their counsel of record, and subject to approval by this Court, that the Case Management Conference be continued by at least thirty (30) days.

Dated: March 29, 2022            **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Gregg A. Rapoport*
      Gregg A. Rapoport
Elizabeth G. Borland
Richard D. Rivera
Gregg A. Rapoport

Attorneys for Defendant and Counterclaimant
FACTORY DIRECT WHOLESALE, LLC

Dated: March 29, 2022            **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

By: */s/Matthew Samet*
      Matthew Samet

Attorneys for Plaintiffs and Counterdefendants
SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAl (TONY) FU

### **CERTIFICATION (L.R. 5-1(h))**

The undersigned hereby certifies that each of the signatories to the foregoing document have concurred in the filing of the document.

Dated: March 29, 2022            **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Gregg A. Rpoport*
      Gregg A. Rapoport
Elizabeth G. Borland
Richard D. Rivera
Gregg A. Rapoport

Attorneys for Defendant and Counterclaimant
FACTORY DIRECT WHOLESALE, LLC

3
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference previously set for April 21, 2022, is hereby continued to:

__May 26, 2022 at 10:00 am_____.

DATED: __March 29_____, 2022         _____
                                                                    HON. RICHARD SEEBORG
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**