| | |
|---|---|
| Morgan E. Smith (SBN 293503)<br>  morgan.smith@finnegan.com<br>Matthew Samet (SBN 311865)<br>  matthew.samet@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:      (650) 849-6666<br><br>B. Brett Heavner (*pro hac vice*)<br>  b.brett.heavner@finnegan.com<br>Jonathan Uffelman (*pro hac vice*)<br>  Jonathan.uffelman@finnegan.com<br>Yinfei Wu (*pro hac vice*)<br>  Yinfei.wu@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 New York Avenue NW<br>Washington, DC 20001<br>Telephone:     (202) 408-4000<br>Facsimile:      (202) 408-4400<br><br>*Attorneys for Plaintiffs and Counterclaim*<br>*Defendants Shenzhen Big Mouth Technologies*<br>*Co., Ltd. and Decai (Tony) Fu* | Elizabeth G. Borland (*pro hac vice*)<br>  eborland@sgrlaw.com<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>1105 W. Peachtree Street, #1000<br>Atlanta, GA 30309<br>Tel. 404-815-3645<br><br>Gregg A. Rapoport (SBN 136941)<br>  grapoport@sgrlaw.com<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>444 South Flower Street, Ste. 1700<br>Los Angeles, CA 90071-2901<br>Tel. 213-358-7220; Fax 213-358-7320<br><br>Richard D. Rivera (*pro hac vice*)<br>  rrivera@sgrlaw.com<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>500 N. Laura Street, Suite 2600<br>Jacksonville, FL 32202<br>Tel. 904-598-6157<br><br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff Factory Direct Wholesale, LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAI (TONY) FU,<br><br>　　　　　　Plaintiffs, and<br>　　　　　　Counterclaim Defendants,<br><br>　　v.<br><br>FACTORY DIRECT WHOLESALE, LLC,<br><br>　　　　　　Defendant and<br>　　　　　　Counterclaim Plaintiff. | CASE NO. 3:21-cv-09545-RS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

**JOINT STIPULATION**

WHEREAS, on April 28, 2022, Plaintiffs and Counterclaim Defendants Shenzhen Big Mouth Technologies Co., Ltd. and Decai (Tony) Fu (together, "Plaintiffs") filed a motion for judgment on the pleadings as to Count I of Plaintiffs' Complaint (Non-Violation of the Anti-Cybersquatting Consumer Protection Act) pursuant to Federal Rule of Civil Procedure 12(c) (the "Motion"), and scheduled the hearing for June 16, 2022.

WHEREAS, the Case Management Conference is set for May 26, 2022, before the hearing on the Motion.

WHEREAS, Plaintiff and Defendant and Counterclaim Plaintiff Factory Direct Wholesale, LLC ("Defendant") are currently engaged in settlement discussions regarding the Plaintiff's Complaint and Defendant's Amended Answer and Counterclaims.

WHEREAS, subject to the Court's approval, the parties agree that because certain pleadings may be dismissed or amended following the hearing on the Motion on June 16, 2022, and the parties are currently engaged in settlement discussions, (1) the Case Management Conference should be continued by at least thirty (30) days after the Court's ruling on the Motion and (2) the associated deadlines to file a joint case management statement and serve initial disclosures should be continued to seven (7) days before the continued Case Management Conference.

THEREFORE, the parties, through their respective counsel, hereby stipulate:

1. The Case Management Conference is continued to at least thirty (30) days after the Court's ruling on the Motion; and

2. The deadline to file a joint case management statement and serve initial disclosures is continued to seven (7) days before the continued Case Management Conference.

Respectfully submitted,

Dated: May 10, 2022

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By: ___/s/ Matthew Samet___
Matthew Samet
*Attorneys for Plaintiffs and Counterclaim Defendants Shenzhen Big Mouth Technologies Co., Ltd. and Decai (Tony) Fu*

Dated: May 10, 2022						SMITH, GAMBRELL & RUSSELL, LLP

							By:  */s/ Gregg A. Rapoport*
							       Gregg A. Rapoport
							       *Attorneys for Defendant and Counterclaimant*
							       *Factory Direct Wholesale, LLC*

**ATTESTATION**

Counsel for Plaintiffs and Counterclaim Defendants Shenzhen Big Mouth Technologies Co., Ltd. and Decai (Tony) Fu hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for Defendant and Counterclaim Plaintiff Factory Direct Wholesale, LLC.

Dated: May 10, 2022                            FINNEGAN, HENDERSON, FARABOW,
                                                              GARRETT & DUNNER, LLP


                                                       By:   */s/ Matthew Samet*
                                                              Matthew Samet
                                                              *Attorneys for Plaintiffs and Counterclaim
                                                              Defendants Shenzhen Big Mouth Technologies Co.,
                                                              Ltd. and Decai (Tony) Fu*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Case Management Conference is continued to __July 28,_____, 2022.

2. The deadlines to file a joint case management statement and serve initial disclosures are continued to ___July 21_____, 2022.

Dated: _May 10, 2022_____         _____
　　　　　　　　　　　　　　　　　　　　Hon. Richard Seeborg
　　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge