Morgan E. Smith (SBN 293503)
morgan.smith@finnegan.com
Matthew Samet (SBN 311865)
matthew.samet@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

B. Brett Heavner (*pro hac vice*)
b.brett.heavner@finnegan.com
Jonathan Uffelman (*pro hac vice*)
Jonathan.uffelman@finnegan.com
Yinfei Wu (*pro hac vice*)
Yinfei.wu@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Attorneys for Plaintiffs and Counterclaim Defendants Shenzhen Big Mouth Technologies Co., Ltd. and Decai (Tony) Fu*

Elizabeth G. Borland (*pro hac vice*)
eborland@sgrlaw.com
Richard D. Rivera (*pro hac vice*)
rrivera@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
1105 W. Peachtree Street, #1000
Atlanta, GA 30309
Tel. 404-815-3645

Gregg A. Rapoport (SBN 136941)
grapoport@sgrlaw.com
**SMITH, GAMBRELL & RUSSELL, LLP**
444 South Flower Street, Ste. 1700
Los Angeles, CA 90071-2901
Tel. 213-358-7220; Fax 213-358-7320

*Attorneys for Defendant and Counterclaim Plaintiff Factory Direct Wholesale, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAl (TONY) FU,<br><br>    Plaintiffs and Counterdefendants,<br><br>vs.<br><br>FACTORY DIRECT WHOLESALE, LLC,<br><br>    Defendant and Counterclaimants. | Case No.: 3:21-cv-09545-RS<br>*Hon. Richard Seeborg*<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

1

1  WHEREAS, the Complaint in the above-captioned matter was filed on December 9, 2021 by Plaintiffs SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. ("Big Mouth") and DECAl (TONY) FU (together, "Plaintiffs") against Defendant FACTORY DIRECT WHOLESALE, LLC ("Defendant");

WHEREAS, Defendant filed a Motion for Judgment on the Pleadings as to Count I on April 28, 2022 (ECF 40), the hearing date for which is June 16, 2022;

WHEREAS, on May 10, 2022, the Court continued the Case Management Conference in this action to July 28, 2022 and the deadlines for filing a joint case management conference statement and exchanging initial disclosures to July 21, 2022 (ECF 44);

WHEREAS, the parties have very recently engaged in settlement discussions which appear promising; and

WHEREAS, the parties agree that in light of their ongoing settlement discussions, it would serve the interests of judicial economy to continue the June 16th hearing, the July 21st deadlines, and the July 28th Case Management Conference by at least thirty (30) days.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned parties, through their counsel of record, and subject to approval by this Court, that the June 16, 2022 hearing on Plaintiffs' Motion for Judgment on the Pleadings as to Count I, the July 21, 2022 deadlines, and the July 28, 2022 Case Management Conference each be continued by at least thirty (30) days to dates convenient for the Court.

Dated: June 2, 2022                **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Gregg A. Rapoport*
    Gregg A. Rapoport
Elizabeth G. Borland
Richard D. Rivera
Gregg A. Rapoport

Attorneys for Defendant and Counterclaimant
FACTORY DIRECT WHOLESALE, LLC

Dated: June 2, 2022 **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

By: */s/Matthew Samet*
    Matthew Samet

Attorneys for Plaintiffs and Counterdefendants
SHENZHEN BIG MOUTH TECHNOLOGIES CO., LTD. and DECAl (TONY) FU

## CERTIFICATION (L.R. 5-1(h))

The undersigned hereby certifies that each of the signatories to the foregoing document have concurred in the filing of the document.

Dated: June 2, 2022 **SMITH, GAMBRELL & RUSSELL, LLP**

By: */s/ Gregg A. Rpoport*
    Gregg A. Rapoport
Elizabeth G. Borland
Richard D. Rivera
Gregg A. Rapoport

Attorneys for Defendant and Counterclaimant
FACTORY DIRECT WHOLESALE, LLC

/ / /

/ / /

/ / /

3

**STIPULATION AND ORDER TO CONTINUE HEARING AND CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Plaintiff's Motion for Judgment on the Pleadings as to Count I is hereby continued to: August 4, 2022 at 1:30 pm.

The deadline for filing a joint case management conference statement is hereby continued to: September 8, 2022.

The Case Management Conference is hereby continued to: September 15, 2022 at 10:00 am.

SO ORDERED.

DATED: June 2, 2022

HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE